Guillermina GONZALEZ DE JIMENEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 06–73100.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 18, 2012.

Guillermina Gonzalez De Jimenez, Cerritos, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Kurt Barrett Larson, Senior Litigation, Leslie McKay, Esquire, Assistant Director DOJ–U.S.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Department of Justice, Washington, DC, for Respondent.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Guillermina Gonzalez de Jimenez, a native and citizen of Mexico, petitions pro se for review of the decision of the Board of Immigration Appeals denying her fourth motion to reopen removal proceedings.

In her opening brief, Gonzalez de Jimenez contends that she is eligible for cancellation of removal.

By not raising any arguments concerning the BIA's dispositive determination that her fourth motion to reopen was numerically-barred, Gonzalez de Jimenez has waived any challenge to that decision. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).